Bobby HARRISON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 60382.

Missouri Court of Appeals,
Western District.

June 4, 2002.

Nancy McKerrow, Asst. Public Defender Office, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Sara L. Trower, Asst. Atty. Gen., Jefferson City, for respondent.

Before PAUL M. SPINDEN, Chief Judge, ROBERT G. ULRICH, Judge, and EDWIN H. SMITH, Judge.

## ORDER

Bobby Harrison appeals the circuit court's judgment denying his motion for postconviction relief under Rule 29.15. We affirm. Rule 84.16(b).